**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00896-CV
_____

## IN THE MATTER OF THE MARRIAGE OF SHAWNDELL ALICIA COOK AND PAUL COOK

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-74844**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 312th District Court informed this court that appellant, Paul Cook, had not made arrangements for payment for the reporter's record. On November 26, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed a motion to extend time to file his brief, but he did not provide the court with proof of payment for the record.

Accordingly, we order appellant to file a brief in this appeal within **30 days**

of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.